# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br>    vs.<br><br>DOCTOR'S CHOICE MODESTO LLC;<br>et al.;<br><br>    Defendants. | Case No.: 1:21 – CV-00690-AWI-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 5) |

On May 21, 2021, a stipulation was filed to extend time for Defendant Doctor's Choice Modesto LLC to respond to the complaint.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant Doctor's Choice Modesto LLC shall file a responsive pleading on or before Friday, **June 11, 2021.**

IT IS SO ORDERED.

Dated:   **May 24, 2021**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE

1