Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  vs.<br><br>DOCTOR'S CHOICE MODESTO LLC, et al.,<br><br>  Defendants.<br><br>AND RELATED CROSS-CLAIM. | No. 1:21-cv-00690-AWI-SAB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:       January 31, 2022<br>Time:      1:30 p.m.<br>Courtroom: 2, 8th Floor<br>Senior District Judge Anthony W. Ishii |

1    **PLEASE TAKE NOTICE** that on January 31, 2022 at 1:30 p.m., or as soon thereafter
2    as the matter may be heard, in Courtroom 2 of the United States District Court, located at 2500
3    Tulare Street, 8th Floor, in Fresno, California, before U.S. Senior District Judge Anthony W.
4    Ishii, Plaintiff, Darren Gilbert ("Plaintiff"), will move this Court for an Order granting Plaintiff
5    leave to file his First Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil
6    Procedure. Plaintiff seeks leave to amend his complaint in order to include in his request for an
7    injunction all conditions which exist at the subject property and that prevent his full and equal
8    access thereto, as more particularly set forth in the moving papers submitted and filed
9    herewith.

10   The motion will be based on this Notice of Motion and Motion, the Memorandum of
11   Points and Authorities, the Declaration of Tanya E. Moore, the [Proposed] First Amended
12   Complaint, and the [Proposed] Order filed herewith, on all of the files and records of this
13   action, and on any additional material that may be presented at the hearing of this motion.

15   Dated: December 15, 2021                    MOORE LAW FIRM, P.C.

17                                               */s/ Tanya E. Moore*
                                                 Tanya E. Moore
18                                               Attorney for Plaintiff
                                                 Darren Gilbert