1

2

3

4

5

6

7

8          # UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11    DARREN GILBERT,                                Case No.  1:21-cv-00690-AWI-SAB

                  Plaintiff,                        ORDER RESETTING HEARING ON
12                                                  PLAINTIFF'S MOTION FOR LEAVE TO
          v.                                        AMEND FOR JANUARY 12, 2022 AT 10:00
13                                                  A.M. IN COURTROOM 9
      DOCTOR'S CHOICE MODESTO LLC, et
14    al.,                                          (ECF No. 30)

15                Defendants.

16

17         Plaintiff Darren Gilbert filed this action on April 23, 2021.  (ECF No. 1.)  A scheduling

18    order issued on October 5, 2021, setting the deadline to file any stipulations or motions for leave

19    to amend for December 15, 2021.  (ECF No. 27.)  On December 15, 2021, Plaintiff filed a

20    motion for leave to amend, and set the hearing for January 31, 2022, before District Judge Ishii.

21    (ECF No. 30.)  The Court finds it appropriate to set the hearing before the assigned Magistrate

22    Judge, and given the subject of the motion, the Court also finds it appropriate to set the hearing

23    for an earlier date, though still 28 days from the date of filing.  See L.R. 230(b).  The filing does

24    not indicate whether the Defendants oppose the motion, or whether Plaintiff attempted to meet

25    and confer on the issue before filing the instant motion.  Defendants may choose to file a

26    statement of non-opposition to the motion, or file an opposition, at least fourteen (14) days prior

27    to the hearing date.  L.R. 230(c).

28    / / /

                                                   1

1        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to amend

2    (ECF No. 30) is reset for hearing on January 12, 2022, in Courtroom 9 before United States

3    Magistrate Judge Stanley Boone at 10:00 a.m.

4

5    IT IS SO ORDERED.

6    Dated:   **December 16, 2021**

                                    UNITED STATES MAGISTRATE JUDGE