# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARREN GILBERT,** | **OLD CASE  1:21-CV-1304 JLT HBK** |
| **Plaintiffs** | **NEW CASE  1:21-CV-1304 AWI SAB** |
| v. | |
| **SHAIBI ABDULGAWI, et. al.,** | **ORDER RELATING & REASSIGNING CASE** |
| **Defendants** | |

After a review of the Court's docket, it appears that this case is related to *Gilbert v. Doctor's Choice Modesto LLC*, 1:21-CV-0690 AWI SAB.  See Local Rule 123.  The Court finds that it is appropriate to relate this case to Case No. 1:21-CV-0690 AWI SAB and to reassign this case to the docket of Senior District Judge Anthony W. Ishii.  See id.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 123(c), this case is REASSIGNED from District Judge Jennifer L. Thurston and Magistrate Judge Helena Barch-Kuchta to Senior District Judge Anthony W. Ishii and Magistrate Judge Stanley A. Boone; and

2. The new case number in this matter, which the parties shall use for all future filings, is: 1:21-CV-0690 AWI SAB.

IT IS SO ORDERED.

Dated:  June 21, 2022                         _____
                                               SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28