# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>           Plaintiff,<br><br>      v.<br><br>DOCTOR'S CHOICE MODESTO LLC, et al.,<br><br>           Defendants. | Case No. 1:21-cv-00690-AWI-SAB<br><br>ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 77) |

On June 23, 2022, the Court consolidated case No. 1:21-cv-01304-AWI-SAB with the instant case and ordered an amended complaint be filed. (ECF No. 57. On June 28, 2022, Plaintiff filed the operative second amended complaint. (ECF No. 70.) On July 21, 2022, the Court modified the schedule to continue all deadlines in light of the need to serve the remaining Defendants. (ECF No. 76.)

On July 22, 2022, the parties filed a stipulated request to extend the deadline for Defendants Amar Kumar and Nindiseventeen Ltd. Liability Co. to respond to the complaint, up to and including September 5, 2022, the current deadline for Defendant Nindi2039 LLC to file a response. (ECF No. 77.) The parties proffer the extension would be beneficial for all parties as it consolidates the responsive deadline for three Defendants who are represented by the same counsel. The Court finds good cause exists to grant the extension.

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Nindiseventeen Ltd. Liability Co. and Amar Kumar to file a response to the complaint is extended to **September 5, 2022**.

IT IS SO ORDERED.

Dated:   **July 22, 2022**

UNITED STATES MAGISTRATE JUDGE