# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOCTOR'S CHOICE MODESTO, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00690-AWI-SAB<br><br>ORDER AMENDING SEPTEMBER 7, 2022 ORDER ON MOTION TO WITHDRAW AND DIRECTING CLERK OF COURT TO UPDATE DOCKET<br><br>ORDER REQUIRING DEFENDANTS NINDISEVENTEEN LTD. LIABILITY CO., AND NINDI2039 LLC TO SECURE SUBSTITUTE COUNSEL WITHIN THIRTY DAYS<br><br>(ECF Nos. 80, 84) |

On September 7, 2022, the Court granted counsel Rachell Taylor Golden's motion to withdraw as counsel as to Defendant Amar Kumar. (ECF No. Due to a clerical error, the Court omitted reference to the other Defendant entities that were also referenced in the notice of motion. (ECF Nos. 80, 84.) Counsel also moved to withdraw as attorney for Defendants Nindiseventeen LTD. Liability Co., and Nindi2039 LLC. (ECF No. 80.)

Only natural persons representing their individual interests may appear *in propria persona*, and thus a corporation or partnership can only appear in court through a licensed attorney. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel . . . [a]s the courts have recognized, the rationale for that rule applies equally to all artificial entities."); Light Salt

Investments, LP v. Fisher, No. 13-CV-1158-MMA(DHB), 2013 WL 12121255, at *2 (S.D. Cal. Nov. 15, 2013).

Nonetheless, the Court may appropriately grant a request to withdrawal leaving entity defendants without counsel, if the Court orders the entity defendants to find substitute counsel, and gives them adequate time to do so. See Consumer Fin. Prot. Bureau v. Glob. Fin. Support, Inc., No. 3:15-CV-2440-GPC-WVG, 2019 WL 3068232, at *2 (S.D. Cal. July 12, 2019) ("At the same time, the Court recognizes that granting the withdrawal motion would leave Global Financial, a corporate defendant, without counsel, in contravention of Local Rule 83.3(k). However, Rule 83.3(k) is not offended where the court orders an unrepresented corporate defendants to find substitute counsel, and gives the same adequate time to do so.") (collecting cases).

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's September 7, 2022 order granting the motion to withdrawal (ECF No. 84) is AMENDED;
2. Counsel Rachelle Taylor Gordon's motion to withdraw as counsel of record for Defendants Nindiseventeen LTD. Liability Co., and Nindi2039 LLC (ECF No. 80), is further GRANTED as to these Defendants;
3. The Clerk of the Court is DIRECTED to terminate Rachelle Taylor Gordon as attorney of record for Defendants Nindiseventeen LTD. Liability Co., and Nindi2039 LLC; and
4. Defendants Nindiseventeen LTD. Liability Co., and Nindi2039 LLC, shall secure substitute counsel within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **September 8, 2022**

UNITED STATES MAGISTRATE JUDGE