UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darren Gilbert,<br><br>    Plaintiff,<br><br>    v.<br><br>Doctor's Choice Modesto LLC, et al.,<br><br>    Defendants. | No. 1:21-cv-00690-KJM-JDP<br><br>ORDER |

On November 9, 2023, this court directed the parties to promptly meet and confer to discuss settlement of this action. *See* Prior Order, ECF No. 147. If the parties did not informally reach a settlement within 45 days, the parties were ordered to initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP") and file a notice on the court's docket stating they have contacted the VDRP administrator. *Id.* Several months, well past the 45 days, have gone by since the court's order and neither party has submitted any notice on the court's docket. Plaintiff Darren Gilbert is directed to notify the court regarding the status of settlement and is ordered to show cause why this case should not be dismissed for failure to comply with court orders and failure to prosecute. *See* E.D. Cal. L.R. 110; Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

DATED: March 8, 2024.

CHIEF UNITED STATES DISTRICT JUDGE