UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darren Gilbert, | No. 1:21-cv-00690-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Doctor's Choice Modesto LLC, et al., | |
| Defendants. | |
| And Related Cross-Claim. | |

Last November, the court stayed this action to avoid the accumulation of fees and costs and directed the parties to meet and confer to discuss settlement. *See* Prior Order (Nov. 8. 2023), ECF No. 147. If the parties were unable to informally reach settlement within 45 days, the parties were directed to initiate participation in the court's Voluntary Dispute Resolution Program (VDRP) and file a notice on the court's docket stating they had contacted the VDRP administrator. *Id.* at 2. Several months passed and neither party filed any notice on the court's docket. The court then directed plaintiff Darren Gilbert to notify the court regarding the status of settlement and show cause why this case should not be dismissed for failure to comply with court orders and failure to prosecute. *See* Prior Order (Mar. 8, 2024), ECF No. 148.

//

1          Plaintiff responded stating defendants have been unreachable and unresponsive despite
2  plaintiff's attempts to settle the case and participate in the VDRP process.  *See* Resp., ECF No.
3  150.  Plaintiff apologized for the delay caused by the failure to file notice and requested the court
4  lift the previously imposed stay to allow the pending motion to strike be considered.  *Id.* at 3.
5          After careful consideration, the court discharges the order to show cause and hereby **lifts**
6  the previously imposed stay.  Additionally, the court sets a status conference for **June 27, 2024,**
7  **at 2:30 p.m.**  The status conference will proceed by video conferencing through the Zoom
8  application.  The Courtroom Deputy will provide counsel with the access information no less than
9  24 hours before the status conference.  The parties shall file a **Joint Status Report** fourteen (14)
10 days prior to the status conference updating the court on the status of this case and the parties'
11 proposed plan for moving the case forward.
12         IT IS SO ORDERED.
13  DATED:  May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE