UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Darren Gilbert, | No. 1:21-cv-00690-KJM-JDP |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Doctor's Choice Modesto LLC, et al., | |
| Defendants. | |

Plaintiff Darren Gilbert filed this civil rights action seeking relief under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, *et seq.* (ADA), California's Unruh Civil Rights Act, Cal. Civ. Code §§ 51 *et seq.*, and violations of California Health and Safety Code § 19955(a). *See generally* Second Am. Compl, ECF No. 70. Specifically, plaintiff sought injunctive relief, damages, attorneys' fees and costs. *Id.* The court subsequently declined to exercise supplemental jurisdiction over the state law claims and dismissed those claims with prejudice. *See* Prior Order (Apr. 21, 2023), ECF No. 119. Only the ADA claim remains.

Plaintiff's counsel recently filed a declaration informing the court plaintiff and plaintiff's wife passed away. *See* Decl. ¶ 2, ECF No. 157. As plaintiff's counsel concedes, *see id.* ¶ 3, injunctive relief is the only remedy available to a private litigant under Title III of the ADA. *See Wander v. Kaus*, 304 F.3d 856, 858 (9th Cir. 2002). Plaintiff's death renders his ADA claim moot thereby depriving this court of subject matter jurisdiction. *See, e.g., Gilbert v. De Aranjah*

*Inc.*, No. 22-00994, 2024 WL 3673528, at *1 (E.D. Cal. Aug. 5, 2024) (finding the same). Having determined subject matter is lacking, the court dismisses this action without prejudice and directs the Clerk of Court to close this case. *See* Fed. R. Civ. P. 12(h)(3).

    IT IS SO ORDERED.

DATED: October 3, 2024.

_____
UNITED STATES DISTRICT JUDGE