## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DARREN GILBERT,**

CASE NO: **1:21–CV–00690–KJM–JDP**

v.

**DOCTOR'S CHOICE MODESTO LLC, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/4/24**


**Keith Holland**
Clerk of Court


ENTERED: **October 4, 2024**


by: /s/ A. Salmeron
Deputy Clerk